NUMBER 13-00-618-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


TRANSCONTINENTAL GAS PIPE LINE CORPORATION
, Appellant,


v.



MANTA RAY GATHERING COMPANY, L.L.C., ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 157th District Court


of Harris County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, TRANSCONTINENTAL GAS PIPE LINE CORPORATION,
perfected an appeal from a judgment entered by the 157th District Court
of Harris County, Texas, in cause number 96-45582. After the appeal
was abated for purposes of settlement, the parties filed a joint motion
to dismiss the appeal. In the motion, the parties state that they have
entered into a written agreement signed by all parties resolving the
matters underlying this appeal. The parties request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The appeal is hereby REINSTATED. The joint motion to
dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 22nd day of February, 2001.